IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK DROUIN**                                                                                           **PLAINTIFF**

v.                                        **Case No. 4:20-cv-00838 KGB**

**WALMART, INC.**                                                                                         **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice. Each party will bear his or its own costs, including attorneys' fees associated with this litigation to the extent not otherwise provided for in the settlement agreement between the parties.

It is so ordered this 3rd day of May, 2021.

_____
Kristine G. Baker
United States District Judge